PENELLE ASSOCIATES, INC., Appellant, *v.* ROSEFEIN REALTY CORPORATION, Respondent.

(Argued January 11, 1932; decided February 9, 1932.)

*Harry Bijur* for appellant.

*Jacob S. Demov* and *Lazarus Joseph* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.